United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBIN BARRETT,<br><br>　　　　Defendant.<br>_____/ | No. C 11-80155 MISC<br><br>**ORDER GRANTING PERMISSION TO FILE COMPLAINT AND DIRECTING CLERK TO REOPEN THIS MISCELLANEOUS CASE AS A NEW CIVIL ACTION** |

On July 6, 2011, *pro se* plaintiff Daniel Rodriguez filed a "Motion to Reconsider," challenging the U.S. Citizenship and Immigration Services' denial of his application for adjustment of status. *See generally Cabaccang v. United States Citizenship and Immigration Servs.*, 627 F.3d 1313 (9th Cir. 2010). The filing was opened as a miscellaneous case. Mr. Rodriguez also filed an application to proceed *in forma pauperis*.

Mr. Rodriguez is subject to a pre-filing order requiring that the General Duty Judge review any new filing by Mr. Rodriguez. *See Rodriguez v. City and County of San Francisco*, C 08-5257 MHP (Docket No. 15). The Court has reviewed the Motion to Reconsider and attached documents, and determines that the Motion to Reconsider raises claims different from those raised by Mr. Rodriguez in the earlier cases, and thus that this case may be filed. The Court also finds that this miscellaneous action should be reopened as a civil action. Accordingly, the Court directs the Clerk of the Court to file this action as a new civil case.

**IT IS SO ORDERED.**

Dated: July 14, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge